FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 01 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00343 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | 18 U.S.C. § 1711 |
| JANET SMITH | ) | 18 U.S.C. § 2073 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Between on or about September 12, 2019, through on or about November 13, 2019, in the Eastern District of Arkansas, the defendant,

**JANET SMITH,**

willfully and knowingly did embezzle and convert to her own use, United States currency and money orders, property of the United States of a value exceeding $1,000, which said property had come into the possession and under the care of JANET SMITH by virtue of her employment as a Postal Support Employee Clerk, Department of the United State Post Office, in violation of Title 18, United States Code, Section 641.

### COUNT 2

Between on or about September 12, 2019, through on or about November 13, 2019, in the Eastern District of Arkansas, the defendant,

**JANET SMITH,**

a United States Postal Service employee, did knowingly and willfully convert to her own use, money coming into her hands in the execution of her employment, in violation of Title 18, United States Code, Section 1711.

## COUNT 3

Between on or about September 12, 2019, through on or about November 13, 2019, in the Eastern District of Arkansas, the defendant,

**JANET SMITH,**

being a United State Postal Service employee, willfully and knowingly, with the intent to defraud, made a false entry of one or more money orders in the execution of her employment, in violation of Title 18, United States Code, Section 2073.

(END OF TEXT.  SIGNATURE PAGE ATTACHED)