## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          Case No.: 4:20−cr−00343−KGB

**Janet Smith**                                                                              **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Arraignment has been set in this case for December 16, 2020, at 03:30 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  December 15, 2020                       AT THE DIRECTION OF THE COURT
                                                   JAMES W. McCORMACK, CLERK


                                                   **By:**  Lorna E. Jones, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas